UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GORDON SCOTT DITTMER,

    Plaintiff,

v.

    File no: 1:22-cv-77

    HON. ROBERT J. JONKER

CORIZON HEALTH, INC., et al.,

    Defendants.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on December 7, 2022 (ECF No. 57). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 57) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that defendants' motion for summary judgment is **DENIED** as to Dittmer's claim that Dr. Papendick and Corizon wrongfully denied the cataract surgery request made on February 8, 2019, but **GRANTED** in all other respects.

Dated:    January 9, 2023        /s/ Robert J. Jonker
                                                       ROBERT J. JONKER
                                                       UNITED STATES DISTRICT JUDGE